**BLOCH & WHITE LLP**

90 BROAD STREET, SUITE 703
NEW YORK, NEW YORK 10004
(212) 702-8670
WWW.BLOCHWHITE.COM

DIRECT DIAL: (212) 901-3825
DIRECT E-MAIL: BWHITE@BLOCHWHITE.COM

January 13, 2026

**Via ECF**
The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Re:    *Brittany Eady v. Truly Original, LLC, et al.,* No. 25-cv-09683 (JLR)

Dear Judge Rochon,

We write to respectfully request an adjournment of the Initial Pretrial Conference currently scheduled in this matter for February 9, 2026. Pursuant to the Court's Individual Rule 1(f), the parties propose March 9, March 10, or March 12, 2026, or a time and date thereafter convenient to the Court, as alternative conference dates. We also respectfully request a corresponding extension of the deadline for the parties to submit the joint letter and proposed civil case management plan and scheduling order, which is currently due on January 30, 2026, pursuant to the Court's Individual Rule 2(D).

The reason for this request is that the undersigned will be in trial in the Southern District of New York beginning on January 27, 2026, in a trial that is estimated to last four to five weeks. *United States v. Cohen*, No. 23-cr-134 (S.D.N.Y.) (Broderick, J.). The requested four-week extension should ensure that the Initial Pretrial Conference can take place with no further scheduling conflicts. There have been no previous requests for adjournment or extensions of time by either party. Other than the aforementioned deadline to submit the joint letter and proposed case management order, this adjournment will not affect any other scheduled dates. Defense counsel consents to this request.

Thank you for your consideration of this request.

Respectfully submitted,

Request GRANTED. The initial pretrial conference scheduled for February 9, 2026 is ADJOURNED until **March 10, 2026** at **10:00 a.m.**

Benjamin D. White

Date:  January 14, 2026
        New York, New York

**SO ORDERED.**

**JENNIFER L. ROCHON**
**United States District Judge**

BLOCH & WHITE LLP
Benjamin D. White, Esq.
90 Broad St., Suite 703
New York, New York 10004
(212) 901-3825
bwhite@blochwhite.com